UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCIA JUSTICE, MITCHELL SAULSBERRY, and WHITNEY SAULSBERRY,<br><br>Plaintiffs,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC, and ANDREA CLARK,<br><br>Defendants. | NO: 2:15-CV-0308-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Notice of Dismissal (ECF No. 3). Pursuant to Plaintiff's notice of voluntary dismissal, all claims and causes of action against Defendants ARS National Services, Inc. and Andrea Clark are DISMISSED without prejudice and without costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice.

The District Court Clerk shall enter this order, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 16, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2